Page 1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA


 SECURITIES AND EXCHANGE COMMISSION,)   Case No.
                                    )   05-80367-CIV-JOHNSON
            Plaintiff,              )
                                    )
      -v-                           )
                                    )
 K.W. BROWN & COMPANY, et al.       )
                                    )
            Defendants.             )   West Palm Beach,
                                    )   Florida
                                    )   September 10, 2007
                                    )


                VOLUME 1 - PAGES 1 - 253

           TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

           BEFORE THE HONORABLE LINNEA R. JOHNSON

                    U.S. MAGISTRATE JUDGE


 Appearances:

 FOR THE PLAINTIFF          Christopher Martin, ESQ., and
                            Brian Barry, ESQ.


 FOR THE DEFENDANTS         James Koch, ESQ.,
                            Katherine Raynolds, ESQ., and
                            Thomas Burke, ESQ.


 Reporter                   Stephen W. Franklin, RMR, CRR, CPE
 (561)514-3768              Official Court Reporter
                            701 Clematis Street, Suite 417
                            West Palm Beach, Florida  33401
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

### CASE NO. 05-80367-CV-JOHNSON
### DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
    consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____